**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ROBERT MENENDEZ and <br> SALOMON MELGEN, <br><br> Defendants. | **ORDER** <br><br> Cr. No. 15-155 |

**Walls, Senior District Judge**

It is, on this 3rd day of June 2015,

ORDERED that:

1. Defendant Salomon Melgen's motion for extension of time to file pretrial motions is GRANTED.

2. Pretrial motions shall be due July 20, 2015. Responses shall be due August 24, 2015. Reply briefs shall be due September 14, 2015. Oral argument is scheduled for September 17, 2015. Trial is scheduled for October 13, 2015 at 10:00am.

3. Oral argument on the motion to transfer venue shall remain as set for June 16, 2015 at 11:00am.

_____
United States Senior District Judge