# UNITED STATES DISTRICT COURT
# MINUTES OF PROCEEDINGS

NEWARK                                                                                          DATE: JULY 22, 2015

**Judge :** HON. WILLIAM H. WALLS
**Court Reporter:** John Stone
**Deputy Clerk :**   Ellen Mc Murray


**TITLE OF CASE:**                                                              CR. # 15-155 (WHW)

USA V.  ROBERT MENENDEZ & SALOMON MELGEN

**APPEARANCES :**
| | |
|---|---|
| Peter Koski, Ausa | Abbe D. Lowell, Esq for deft. Menendez |
| Monique T. Abrishami, Ausa | Jenny R. Kramer, Esq for deft Menendez |
| Matthew Menchel, Esq for deft Melgen | Raymond M. Brown, Esq for deft Menendez |
| Kirk Ogrosky, Esq for deft Melgen | |

**NATURE OF PROCEEDINGS:**     PRETRIAL CONFERENCE

Motion by Gov't. to be filed in accordance with section 4 of CIPA

Court to review documents in camera

Defendant to make any notifications under section 5 of CIPA by Sept 8, 2015.


                                                                                        Ellen Mc Murray
                                                                                        Court Room Deputy


Time Commenced: 10:00 am
Time Adjourned:    11:15 am