**Filed with Classified Information Security Officer**

CISO __MacISSO__

Date __7/22/15__

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:15-cr-155 |
| v. ) | Hon. William H. Walls |
| ) | |
| ROBERT MENENDEZ and ) | |
| SALOMON MELGEN, ) | |
| ) | |
| Defendants. ) | |

### United States' *In Camera*, *Ex Parte* Sealed Motion and Memorandum of Law for a Protective Order Pursuant to CIPA Section 4 and Rule 16(d)(1)