# EXHIBIT 4

# Koski, Peter

| | |
|---|---|
| **From:** | Koski, Peter |
| **Sent:** | Monday, March 11, 2013 12:03 AM |
| **To:** | Ogrosky, Kirk |
| **Subject:** | Melgen Representation |

Kirk,

I am sending you this email to confirm what you represented to me on the phone; specifically, that Dean Wilbur is representing Dr. Salomon Melgen with respect to privilege issues related to the search warrant. Please let me know if any clarification is necessary. Thank you.

Peter Koski
Deputy Chief
Public Integrity Section
Criminal Division
United States Department of Justice
1400 New York Ave, NW, 12th Floor
Washington, D.C. 20005
(202) 514-1412