# EXHIBIT 8

From: Eduardo Rodriguez
Subject: Quote
Date: November 26, 2012 6:03:24 PM EST
To: Robert Menendez

Trip
9-3-2010
PBI to TEB = 2.2 hours (Note: Empty Leg) → Not to be Paid
TEB to PBI = 2.2 hours
PBI to MDPC = 2.3 hours

9-6-2010
MDPC to PBI = 2.3 hours
PBI to TEB = 2.2 hours
TEB to PBI = 2.2 hours (Note: Empty Leg) → Not to be Paid

(ER) ~~Total: 13.4 @ $4,500 = $60,300~~
Total: 9 @ 4,500 = $40,500

Trip
8-6-2010
PBI to LRM = 2 hours
8-9-2010
LRM to PBI = 2 hours

Total: 4 @ $4,500 = $18,000

Trip
5-14-2010
ATL to LRM = 3 hours          → Paid by DSCC
LRM to TJIG = .30 hours

Total: 3.30 @ $4,500 = $14,850

Regards,

**Eduardo Rodriguez**

The information in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.