# EXHIBIT 9







January 4, 2013

Dr. Salomon Melgen

Dear Dr. Melgen:

Senator Menendez, who is traveling today, has asked us to send you the enclosed check in reimbursement for flights taken on your plane on August 6 and 9, 2010, and on September 3 and 6, 2010. He has determined that it is appropriate to issue this check to verify his compliance with the Standing Rules of the Senate, and he would appreciate it if you could please see that it is cashed as soon as possible.

The Senator appreciates your courtesy in this matter.

Very truly yours,

Counsel to Senator Menendez