# EXHIBIT 10

Democratic Senatorial Campaign Committee
Washington

*[Post-it note: File & Sen. Robert Menendez]*

March 2, 2009

Dr. Salomon Melgen
[REDACTED]
[REDACTED]

Dear Sal,

Thank you so much for hosting the wonderful event on Sunday. I thought the conversation and company were terrific. Because of your help, this event will raise over $150,000 for the DSCC and will give a tremendous boost to our efforts.

You are a wonderful friend, and I cannot thank you enough for your support and generosity. I look forward to seeing you again soon.

My best,

Bob Menendez

*[Handwritten note in Spanish:]*
Mi hermano —
Gracias por todo
lo que hiciste para
tener un evento de
Rxdo! Un Abrazo —
Bob

Paid for by the Democratic Senatorial Campaign Committee