# EXHIBIT 11



**From:** Martinez, Barbara A. (USAFLS)
**Sent:** Tuesday, January 29, 2013 6:19 PM
**To:** Nucci, Edward (USAFLS); Greenberg, Benjamin (USAFLS); Ferrer, Wifredo A. (USAFLS); Stamm, Edward (USAFLS)
**Cc:** Stefin, Roger (USAFLS)
**Subject:** RE: UPDATE: Melgen - shredding - SW

Thanks.  Nucci, do you know if they were able to prevent the shredding from taking place?

If the warrant is signed, please make sure to stress to the WPB agents executing the warrant that we would have to obtain an additional search warrant if they see in plain view or later discover electronic evidence of other non-HCF crimes such as travel to the DR, contact lists of persons in the DR, etc., if they think it is of evidentiary value.  It seems like all of the WPB agents are informed about the sex tourism and corruption allegations so they should be able to identify anything that they come across that could be of evidentiary value in this regard.  Please feel free to call my cell ███████████ if you need anything tonight.

**BARBARA A. MARTINEZ**
Chief, Special Prosecutions
Human Trafficking & PSC Coordinator, SDFL
Miami U.S. Attorney's Office
99 NE 4th Street, Miami, FL  33132
████████
█████████████