# EXHIBIT 12

FD-597 (Rev 8-11-94)                                                                         Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # ~~[redacted]~~ 58C-NK-2711674

On (date) 1/30/2013

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☑ Seized

(Name) Melgen Eye Center
(Street Address) 2521 Metrocenter Blvd   "V" + "T" + "B" +
(City) West Palm Beach, FL 33407                "L"

Description of Item(s): "V" including email correspondence, "L" — fax transmission to Sen. Menendez, file folder labeled "Menendez for Senate," and "Congressman Bob Menendez," "T" 2 file folders labeled "Senator Robert Menendez" and "Sen Robert Menendez." "B" written correspondence and emails, file folder containing emails, new articles, and miscellaneous documents, miscellaneous documents, file folder containing phone messages, notes, and news articles, bound immigration documents and correspondence, file folder containing photos and emails of women, black bound notebook with handwritten notes, miscellaneous photos of women, modeling photographs, emails, folder containing photographs and resume, file folder labeled "Honeyphones," miscellaneous handwritten notes.

nothing further (CP)

Received By: _____(Signature)_____     Received From: _____(Signature)_____