# EXHIBIT 13



**From:** Martinez, Barbara A. (USAFLS)
**Sent:** Thursday, January 31, 2013 12:04 PM
**To:** Stefin, Roger (USAFLS)
**Subject:** RE: Melgen

Yes, we are definitely still planning on getting a warrant.  We are hoping to get it to the judge this afternoon.  I will email you once we do that.

### BARBARA A. MARTINEZ

Chief, Special Prosecutions

Human Trafficking & PSC Coordinator, SDFL

Miami U.S. Attorney's Office

99 NE 4th Street, Miami, FL  33132

**From:** Stefin, Roger (USAFLS)
**Sent:** Thursday, January 31, 2013 12:00 PM
**To:** Martinez, Barbara A. (USAFLS)
**Subject:** FW: Melgen

This is the lawyer for Melgen.  He has been very cooperative.  He advised that he spoke to agent Donovan who told him that a search warrant for records related to the political stuff would be prepared to justify their seizure of items they have already isolated.   He wanted to know if this was still the plan.

**From:** Dean L Willbur Jr
**Sent:** Thursday, January 31, 2013 11:47 AM
**To:** Stefin, Roger (USAFLS)
**Subject:** RE: Melgen

Thank you for the subpoena.

When Dr. Melgen's office boxed up the files to take to the copier, the total was 27 boxes.  They believe it will take them at least two (2) days to copy, and possibly three (3).

The files are at the copy service now, but I have halted the copying as it may be advisable to take you up on your offer to pare down the list before copying.  Please let me know your preference.

Randy Kates from your office has called regarding the files, but I have not spoken with him at this time.

Dean L. Willbur, Jr.
DEAN L. WILLBUR, JR., P.A.

---

**From:** Stefin, Roger (USAFLS)
**Sent:** Thursday, January 31, 2013 11:06 AM
**To:** Dean L Willbur Jr
**Subject:** Melgen

Attached please find draft of subpoena and patient list (attachment) that will be served shortly.   As we discussed, that this list may contain more names than originally thought.   It would be helpful if, whoever is doing the copying, could simply write down a list of the patients from the copy files- which we can then compare to the list.   Thank you very much.