UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 2:15-cr-155 |
| v. | ) Hon. William H. Walls |
| | ) |
| ROBERT MENENDEZ and | ) |
| SALOMON MELGEN, | ) |
| | ) |
| Defendants. | ) |

### SEALING ORDER

Upon consideration of the United States' Motion to Seal Exhibits in Support of Consolidated Oppositions to Defendants' Motions to Dismiss and Other Pretrial Motions, filed on August 24, 2015, it is hereby

ORDERED that the motion is granted, and the exhibits identified in the motion are hereby SEALED.

ORDERED this 25 day of August, 2015.

_____
WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE