UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 2:15-cr-155 |
| v. ) | Hon. William H. Walls |
| ROBERT MENENDEZ and ) | |
| SALOMON MELGEN, ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the United States' Introduction to Consolidated Oppositions to Defendants' Motions to Dismiss, and Motion to Exceed Page Limitations, filed August 24, 2015, it is hereby

ORDERED that the United States request for leave to exceed the page limitations in Local Civil Rule 7.2(b) for the following consolidated oppositions to the defendants' motions to dismiss:

- United States' Consolidated Opposition to Defendants' Motions to Dismiss Alleging Misconduct;

- United States' Consolidated Opposition to Defendant Menendez's Motions to Dismiss Predicated on an Assertion of the Speech or Debate Clause; and

- United States' Consolidated Opposition to Defendants' Motions to Dismiss Counts of the Indictment on the Grounds of Insufficiency, Vagueness, Multiplicity, Duplicity, and Untimeliness;

is hereby GRANTED.

ORDERED this 25 day of August, 2015.

_____
WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE