# UNITED STATES DISTRICT COURT
# MINUTES OF PROCEEDINGS

NEWARK                                                          DATE: SEPTEMBER 27, 2016

**Judge :** HON. WILLIAM H. WALLS
**Court Reporter:** Jackie Kashmer
**Deputy Clerk :**   Ellen Mc Murray


**TITLE OF CASE:**                                      CR. # 15-155 (WHW)

USA V.  ROBERT MENENDEZ & SALOMON MELGEN

**APPEARANCES :**
Peter Koski, Ausa                         Abbe D. Lowell, Esq for deft. Menendez
Monique T. Abrishami, Ausa                Jenny R. Kramer, Esq for deft Menendez
Amanda Vaughn, Ausa                       Raymond M. Brown, Esq for deft Menedez
                                          Kirk Ogrosky, Esq for deft Melgen


**NATURE OF PROCEEDINGS:**    Pre Trial Conference

Trial date set for September 6, 2017



                                                        Ellen Mc Murray
                                                        Court Room Deputy


Time Commenced: 10:30 am
Time Adjourned:    11:00 am