UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| ROBERT MENENDEZ and SALOMON MELGEN, | Crim No. 15-155 |
| Defendants. | |

**Walls, Senior District Judge**

On July 25, 2017, this Court granted Defendants' motion to renew all earlier substantive pretrial motions and apply them to the Superseding Indictment. ECF No. 180. In reply to the July 25, 2017 Order, the Government now moves this Court for an Order renewing the Government's earlier responses to Defendants' substantive pretrial motions, renewing all Orders denying Defendants' substantive pretrial motions, and applying the responses and Orders to the Superseding Indictment. ECF No. 190.

Though Defendants have renewed their previous substantive pretrial motions and applied them to the Superseding Indictment, nothing new has occurred to disrupt the Court's original rulings. Consequently, the findings the Court made then in the many Opinions and Orders denying Defendants' substantive pretrial motions are repeated now; and

**IT IS** on this 15th day of August, 2017;

**ORDERED** that the Government's Motion, ECF No. 190, is GRANTED; and it further

1

**ORDERED** that the Clerk of this Court shall renew all responses to Defendants' substantive pretrial motions, ECF Nos. 18, 46, 48–61, 64, and apply them to the Superseding Indictment, and it is further

**ORDERED** that the Clerk of this Court shall renew all Orders denying Defendants' substantive pretrial motions, ECF Nos. 18, 46, 48–61, 64, and apply them to the Superseding Indictment.

_____
William H. Walls
Senior United States District Court Judge